IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Mackenzie L. Green and Victoria M. Dobbins,** *on behalf of themselves and all others similarly situated,* | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) ) Civil Action No. |
| **Mandytoddco, Inc.; PRHG Williamsburg LLC; and Todd Rowley,** *individually,* | ) ) ) |
| **Defendants.** | ) ) |

**VERIFIED COMPLAINT FOR VIOLATIONS OF
THE FAIR LABOR STANDARDS ACT**

**COME NOW** Plaintiffs Mackenzie Green (hereinafter, "Ms. Green") and Victoria Dobbins (hereinafter, "Ms. Dobbins") (hereinafter, collectively, "Plaintiffs") on behalf of themselves and all others similarly situated, by and through undersigned counsel, and for their Complaint against Mandytoddco, Inc. (hereinafter, "Mandtyoddco"), PRHG Williamsburg LLC (hereinafter, "PRHG") and Todd Rowley (hereinafter, "Rowley") (hereinafter, collectively, "Defendants"), state and allege as follows:

**NATURE OF THE COMPLAINT**

1. Plaintiffs bring this action against Defendants under federal law, specifically the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*.

2. Plaintiffs bring this action against Defendants for unpaid tip compensation, and related penalties and damages.

3.     Defendants' payroll policies and practices were and are in direct violation of the FLSA, 29 U.S.C. § 201, *et seq*.

4.     For said violations, Plaintiffs seek declaratory relief; unpaid back pay; liquidated and/or other damages as permitted by applicable law; and attorney's fees, costs, and expenses incurred in this action.

## PARTIES

5.     Plaintiff Mackenzie Green is an adult resident of Eureka, St. Louis County, Missouri.

6.     Plaintiff Victoria Dobbins is an adult resident of St. Peters, St. Charles County, Missouri

7.     Defendant Mandytoddco, Inc., formerly known as Williamsburg Pet Hotel & Suites, Inc., is incorporated in the state of Missouri, and may be reached for service through its registered agent, Todd M. Rowley, 13998 Manchester Road, Manchester, MO 63011-4517.

8.     Defendant PRHG Williamsburg, LLC, is a Delaware-based enterprise registered as a foreign limited liability company in the state of Missouri and may be reached for service through its registered agent, CT Corporation System, 120 South Central Avenue, Clayton, Missouri 63105.

9.     Upon information and belief, Defendant Todd Rowley is an adult resident of Manchester, Missouri.

## JURISDICTION AND VENUE

10.    This Court has original federal question jurisdiction pursuant to 28 U.S.C. § 1331 because this case is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*.

11.    Defendant Mandytoddco, Inc. is a legal entity incorporated in the state of Missouri, does regular and extensive business in Missouri and conducted the illegal pay practices alleged in this complaint in Missouri.  Therefore, this Court has personal jurisdiction over Defendant Mandytoddco, Inc.

Doc ID: 5b691d1c9cc053e0c42519cccb9451e92e7a499e

12. Defendant PRHG Williamsburg, LLC is a legal entity registered in the state of Missouri, does regular and extensive business in Missouri and conducted the illegal pay practices alleged in this complaint in Missouri. Therefore, this Court has personal jurisdiction over Defendant PRHG Williamsburg, LLC.

13. Defendant Todd Rowley is a resident of Missouri, and, consequently, this court has personal jurisdiction over him.

14. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because all of the events giving rise to Plaintiff's claims occurred in this District.

## COLLECTIVE ACTION ALLEGATIONS

15. Plaintiffs bring this Complaint as a collective action pursuant to Section 16(b) of the FLSA, 29 U.S.C. § 216(b), on behalf of all hourly-paid kennel workers who are or were employed by Defendants for the period of three years prior to the commencement of this action to the present, and who were not paid fully for the tips their employer received for the services they provided the employer's clients.

16. This Complaint may be brought and maintained as a collective action pursuant to Section 16(b) of the FLSA, 29 U.S.C. § 216(b), for all claims asserted by Plaintiffs because their claims are similar to collective action members or putative collective action members.

17. Plaintiffs, collective action members, and putative collective action members are similarly situated because they worked as hourly-paid kennel workers who provided services related to Defendants' core business of pet boarding/kenneling, and they were denied some or all of the tips their employer received for the services they provided the employer's clients.

18. This Complaint may be brought and maintained as a collective action pursuant to Section 16(b) of the FLSA, 29 U.S.C. § 216(b), for all claims asserted by Plaintiffs because

Doc ID: 5b691d1c9cc053e0c42519cccb9451e92e7a499e

their claims are similar to collective action members or putative collective action members.

## FACTUAL BACKGROUND

19. Defendant Mandytoddco, Inc. maintained and operated Williamsburg Pet Hotel & Suites, a pet boarding/grooming/training/daycamp facility in Manchester, Missouri, under its previous names Williamsburg Kennel, Inc. and Williamsburg Pet Hotel & Suites, Inc., from approximately 1986 until approximately November 2023.

20. In or around November 2023, the Williamsburg Pet Hotel & Suites was acquired by Defendant PRHG Williamsburg, LLC, under whose ownership the business continues in operation today.

21. During the period relevant to this action, up until PRHG's acquisition of the Williamsburg facility, Defendant Todd Rowley was the President, Secretary and sole board member of Williamsburg Kennel, Inc. and Williamsburg Pet Hotel & Suites, Inc.

22. Defendant Todd Rowley was and is also the President, Secretary and sole board member of the successor company, Mandytoddco, Inc.

23. All times relevant to this complaint, up until PRHG's acquisition of the Williamsburg facility, Todd Rowley exercised the authority to: (a) hire and fire employees of Williamsburg Pet Hotel & Suites; (b) determine the work schedules of the employees of Williamsburg Pet Hotel & Suites; (c) determine the method and amount of compensation of the employees of Williamsburg Pet Hotel & Suites; and (d) control the finances and operations of Williamsburg Pet Hotel & Suites.

24. Williamsburg Pet Hotel & Suites hired Plaintiff Mackenzie on or about June 2022 as a Kennel Technician.

25. Ms. Green worked for Defendants as a Kennel Technician until February 26, 2024.

Doc ID: 5b691d1c9cc053e0c42519cccb9451e92e7a499e

26. Williamsburg Pet Hotel & Suites hired Plaintiff Victoria Dobbins in mid-April 2021 as a Kennel Technician.

27. Ms. Dobbins worked for Defendants as a Kennel Technician until May 13, 2024.

28. As Kennel Technicians, Ms. Green and Ms. Dobbins were responsible for the care and boarding of client pets, mostly dogs.

29. Williamsburg Pet Hotel & Suites paid its kennel workers, including Ms. Green and Ms. Dobbins and others similarly situated, at a fixed hourly rate.

30. Although clients typically left tips, both in cash and by credit card, for the boarding of their pets, until the end of 2023 Williamsburg Pet Hotel & Suites did not disburse these tips to its kennel workers.

31. Plaintiffs estimate that the actual tips paid by clients amounted to, on average, 20% of gross revenues.

32. When Defendant PRHG Williamsburg, LLC acquired the Williamsburg Pet Hotel & Suites facility in late 2023, it adopted a new policy and practice of paying kennel workers at least some of the tips received for services rendered by these workers.

33. From the date of the implementation of PRHG tip disbursement policy until their departure in 2024, Ms. Green and Ms. Dobbins received $100 or more in tips per week.

34. No effort was made, however, to compensate Ms. Green and Ms. Dobbins or others similarly situated for the tips wrongfully held under the facility's past policy and practice.

## COUNT I--VIOLATION OF THE FAIR LABOR STANDARDS ACT TIP PROVISIONS

35. Plaintiffs reallege and incorporate all allegations above as if set forth herein.

36. At all relevant times, Defendant Mandytoddco, Inc., under its prior corporate names, and PRHG Williamsburg, LLC were "employers" and "enterprises" engaged in commerce

Doc ID: 5b691d1c9cc053e0c42519cccb9451e92e7a499e

within the meaning of the FLSA, 29 U.S.C. § 203(s)(1)(A).

37. At all relevant times, these same Defendants "employed" Plaintiffs within the meaning of the FLSA, 29 U.S.C. § 203(d).

38. At all relevant times, up until PRHG's acquisition of the Williamsburg facility, Todd Rowley exercised the authority to: (a) hire and fire employees of Williamsburg Pet Hotel & Suites; (b) determine the work schedules of the employees of Williamsburg Pet Hotel & Suites; (c) determine the method and amount of compensation paid to employees of Williamsburg Pet Hotel & Suites; and (d) control the finances and operations of Williamsburg Pet Hotel & Suites.

39. Given the level of control exerted over the operations of Williamsburg Pet Hotel & Suites, Todd Rowley was an "employer" within the meaning of the FLSA, 29 U.S.C. § 203(d). *See White v. 14051 Manchester Inc.,* 301 F.R.D. 368, 388 (E.D. Mo. 2014) (outlining the economic realities test for determining if an individual is an employer under the FLSA).

40. At all relevant times, Ms. Green and Ms. Dobbins and all other similarly situated hourly-paid kennel workers were non-exempt employees within the meaning of the FLSA, 29 U.S.C. § 213.

41. At all relevant times, Ms. Green and Ms. Dobbins and all other similarly situated hourly-paid kennel workers were tipped employees within the meaning of the FLSA, 29 U.S.C. § 203(t) (defining "tipped employee" as "any employee engaged in an occupation in which he customarily and regularly receives more than $30 a month in tips."

42. Under the FLSA, "[a]n employer may not keep tips received by its employees for any purposes, including allowing managers or supervisors to keep any portion of employees' tips." 29 U.S.C. 203(m)(2)(B)

Doc ID: 5b691d1c9cc053e0c42519cccb9451e92e7a499e

43. Defendants' practice of keeping all or part of employees' tips is in direct violation of the tip provisions of the FLSA.

44. The foregoing conduct, as alleged, constitutes willful violations of the FLSA within the meaning of 29 U.S.C. § 255(a).

45. The foregoing conduct, as alleged, also fails to meet the standard of good faith compliance with the FLSA within the meaning of 29 U.S.C. § 260.

## **PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiffs pray for relief as follows:

1. A declaratory judgment that the practices complained of herein are unlawful under the FLSA;

2. Pre-judgment interest, as provided by law;

3. An award of money damages for unpaid tips, including liquidated damages, in an amount to be determined at trial;

4. An award of costs and expenses of this action incurred herein, including reasonable attorneys' fees and expert fees;

5. Any and all such other and further legal and equitable relief as this Court deems necessary, just, and proper.

Doc ID: 5b691d1c9cc053e0c42519cccb9451e92e7a499e

Respectfully submitted,

s/*Philip E. Oliphant*
Edward Rolwes, MO Bar Number 51522
Philip E. Oliphant, Bar Number: 25990TN
THE ROLWES LAW FIRM, LLC
1951 Mignon Avenue
Memphis, TN 38107
901.830.4663 (voice)
901.979.2499 (fax)
poliphant@rolweslaw.com
erolwes@rolweslaw.com

*Attorneys for Plaintiff*

8

Doc ID: 5b691d1c9cc053e0c42519cccb9451e92e7a499e

## DECLARATION AND VERIFICATION

      I, **Mackenzie L. Green**, verify and declare that the facts stated in the foregoing Verified Complaint to the best of my knowledge and belief are true, and that the Complaint is not made out of levity or by collusion with the Defendants, but in sincerity and truth for the causes mentioned in the Complaint.

*Mackenzie Green*

**Mackenzie L. Green**

Date: 06 / 25 / 2024

9

Doc ID: 5b691d1c9cc053e0c42519cccb9451e92e7a499e

## DECLARATION AND VERIFICATION

      I, **Victoria M. Dobbins**, verify and declare that the facts stated in the foregoing Verified Complaint to the best of my knowledge and belief are true, and that the Complaint is not made out of levity or by collusion with the Defendants, but in sincerity and truth for the causes mentioned in the Complaint.

_____
**Victoria M. Dobbins**
06 / 24 / 2024
Date: _____

10

Doc ID: 5b691d1c9cc053e0c42519cccb9451e92e7a499e



Audit trail

| | |
|---|---|
| Title | Green Dobbins - Verified Complaint |
| File name | Green Dobbins - Verified Complaint.pdf |
| Document ID | 5b691d1c9cc053e0c42519cccb9451e92e7a499e |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

## Document History

**SENT** — **06 / 24 / 2024** 18:03:06 UTC-4 — Sent for signature to Mackenzie Green (mcgreen2002@gmail.com) and Victoria Dobbins (vdobbins24@gmail.com) from philip.oliphant@att.net
IP: 162.125.63.13

**VIEWED** — **06 / 24 / 2024** 18:34:44 UTC-4 — Viewed by Victoria Dobbins (vdobbins24@gmail.com)
IP: 107.77.208.110

**SIGNED** — **06 / 24 / 2024** 18:38:35 UTC-4 — Signed by Victoria Dobbins (vdobbins24@gmail.com)
IP: 107.77.208.110

**VIEWED** — **06 / 25 / 2024** 15:51:39 UTC-4 — Viewed by Mackenzie Green (mcgreen2002@gmail.com)
IP: 108.213.167.17

**SIGNED** — **06 / 25 / 2024** 15:51:58 UTC-4 — Signed by Mackenzie Green (mcgreen2002@gmail.com)
IP: 108.213.167.17

**COMPLETED** — **06 / 25 / 2024** 15:51:58 UTC-4 — The document has been completed.

Powered by Dropbox Sign