IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Mackenzie L. Green and Victoria M. Dobbins** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 4:24-cv-00887-MAL |
| **Mandytoddco, Inc,** ) | |
| **And Todd Rowley individually** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CERTAIN OPT-IN PLAINTIFFS

Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as follows:

1. The following individuals filed Consents to Join this action as opt-in plaintiffs under the Fair Labor Standards Act, 29 U.S.C. § 216(b):

   - Olivia Williams
   - Alexandra Bradahaw
   - Amanda Diller
   - Olivia Moses
   - Victoria Bricker
   - Catherine Hanses
   - Eleanor Englund

2. The parties have determined that, based on the dates on which these individuals filed their Consents to Join, their claims fall outside the applicable statute of limitations.

3. Accordingly, the claims of the above-identified opt-in plaintiffs are hereby voluntarily dismissed without prejudice.

4. These individuals are not participants in the settlement resolving the timely claims in this action, will receive no settlement consideration, and are not required to execute any release.

5. This dismissal is procedural in nature and does not constitute an adjudication on the merits of any claim.

It is so stipulated.

*/s/ Philip E. Oliphant*
Philip E. Oliphant 025990(TN)
THE ROLWES LAW FIRM, LLC
254 Court Avenue, Suite 305
Memphis TN 38107
901.519.9135 (voice)
901.979.2499 (fax)
poliphant@rolweslaw.com

*Attorney for Plaintiffs*

*/s/ Jeremy M. Brenner*
Jeremy M. Brenner, 63727(MO)
SPENCER FANE LLP
1 North Brentwood Boulevard, Suite 1200
St. Louis, Missouri 63105-3925
Telephone: 314.863.7733
Facsimile: 314.862.4656
jbrenner@spencerfane.com

*Attorney for Defendants*
*Mandytoddco, Inc., and Todd Rowley*