# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **Mackenzie L. Green and Victoria M. Dobbins**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**Mandytoddco, Inc,**<br>**And Todd Rowley individually**<br><br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:24-cv-00887-MAL<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CERTAIN OPT-IN PLAINTIFFS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate as follows:

1. The following individuals filed Consents to Join this action as opt-in plaintiffs under the Fair Labor Standards Act, 29 U.S.C. § 216(b):

   - Stacy Rohan
   - Anastasia Zink-Duda

2. The parties have determined that these individuals held managerial positions and were therefore statutorily ineligible to participate in the tip pool at issue under the Fair Labor Standards Act.

3. Because these individuals do not possess viable tip-credit claims, their claims are not included in the settlement resolving the claims of non-managerial employees.

4. The claims of the above-identified opt-in plaintiffs are hereby voluntarily dismissed without prejudice.

5. These individuals will receive no settlement consideration and are not required to execute any release.

6. This dismissal is procedural in nature and does not constitute an adjudication on the merits of any claim.

It is so stipulated.

*/s/ Philip E. Oliphant*
Philip E. Oliphant 025990(TN)
THE ROLWES LAW FIRM, LLC
254 Court Avenue, Suite 305
Memphis TN 38107
901.519.9135 (voice)
901.979.2499 (fax)
poliphant@rolweslaw.com

*Attorney for Plaintiffs*


*/s/ Jeremy M. Brenner*
Jeremy M. Brenner, 63727(MO)
SPENCER FANE LLP
1 North Brentwood Boulevard, Suite 1200
St. Louis, Missouri 63105-3925
Telephone: 314.863.7733
Facsimile: 314.862.4656
jbrenner@spencerfane.com

*Attorney for Defendants*
*Mandytoddco, Inc., and Todd Rowley*