# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **Mackenzie L. Green and Victoria M. Dobbins** )<br>)<br>     **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>) **Civil Action No. 4:24-cv-00887-MAL**<br>**Mandytoddco, Inc,** )<br>**And Todd Rowley individually** )<br>)<br>)<br>     **Defendants.** ) | |

## JOINT STIPULATION OF ENTIRE ACTION

Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as follows:

1. Prior Dismissals.

    Certain opt-in plaintiffs have previously been dismissed from this action without prejudice pursuant to stipulations filed by the parties. Those dismissals are incorporated by reference and are not affected by this stipulation.

2. Dismissal of Remaining Claims.

    All remaining claims in this action, including the claims of the named plaintiffs and any remaining opt-in plaintiffs, are hereby dismissed with prejudice.

3. Entire Action Dismissed.

    This stipulation resolves and dismisses the action in its entirety.

4. Costs and Attorneys' Fees.

Each party shall bear its own attorneys' fees and costs, except as otherwise provided in the parties' settlement agreement.

It is so stipulated.

*/s/ Philip E. Oliphant*
Philip E. Oliphant 025990(TN)
THE ROLWES LAW FIRM, LLC
254 Court Avenue, Suite 305
Memphis TN 38107
901.519.9135 (voice)
901.979.2499 (fax)
poliphant@rolweslaw.com

*Attorney for Plaintiffs*


*/s/ Jeremy M. Brenner*
Jeremy M. Brenner, 63727(MO)
SPENCER FANE LLP
1 North Brentwood Boulevard, Suite 1200
St. Louis, Missouri 63105-3925
Telephone: 314.863.7733
Facsimile: 314.862.4656
jbrenner@spencerfane.com

*Attorney for Defendants*
*Mandytoddco, Inc., and Todd Rowley*